**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____

Chapter you are filing under:
- ☐ Chapter 7
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Northwest Pediatric Services S.C. d/b/a Kid Care Medical S.C.** |
| **2.** | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **36-3977608** |

**4.  Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **c/o Kid Care Medical S.C.** <br> **373 Summit St., #101** <br> **Elgin, IL 60120** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Kane** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

**5.  Debtor's website** (URL) _____

**6.  Type of debtor**
- ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership
- ☐ Other. Specify: _____

7. **Describe debtor's business**

   A. *Check one:*

   ☒ Health Care Business (as defined in 11 U.S.C. § 101(27A))

   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

   ☐ Railroad (as defined in 11 U.S.C. § 101(44))

   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))

   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

   ☐ None of the above

   B. *Check all that apply*

   ☐ Tax-exempt entity (as described in 26 U.S.C. §501)

   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

   ☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.naics.com/search/.
   ____

8. **Under which chapter of the Bankruptcy Code is the Debtor filing?**

   *Check one:*

   ☐ Chapter 7

   ☐ Chapter 9

   ☒ Chapter 11. *Check all that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   ☐ No.

   ☒ Yes.

   If more than 2 cases, attach a separate list.

   | | | | | | |
   |---|---|---|---|---|---|
   | District | **Northern District of Illinois Eastern Division** | When | **2/29/12** | Case number | **12-07777** |
   | District | | When | | Case number | |

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    ☒ No

    ☐ Yes.

    List all cases. If more than 1, attach a separate list

    | | | | | | |
    |---|---|---|---|---|---|
    | Debtor | | | | Relationship to you | |
    | District | | When | | Case number, if known | |

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page 2

| | | |
|---|---|---|
| **11.** | **Why is the case filed in *this district*?** | *Check all that apply:*<br>☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>    Number, Street, City, State & ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes. Insurance agency _____<br>    Contact name _____<br>    Phone _____ |

■ **Statistical and administrative information**

| | | |
|---|---|---|
| **13.** | **Debtor's estimation of available funds** | *Check one:*<br>■ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |
| **14.** | **Estimated number of creditors** | ☐ 1-49     ☐ 1,000-5,000     ☐ 25,001-50,000<br>☐ 50-99     ☐ 5001-10,000     ☐ 50,001-100,000<br>■ 100-199     ☐ 10,001-25,000     ☐ More than100,000<br>☐ 200-999 |
| **15.** | **Estimated Assets** | ☐ $0 - $50,000     ☐ $1,000,001 - $10 million     ☐ $500,000,001 - $1 billion<br>☐ $50,001 - $100,000     ☐ $10,000,001 - $50 million     ☐ $1,000,000,001 - $10 billion<br>■ $100,001 - $500,000     ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion<br>☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million     ☐ More than $50 billion |
| **16.** | **Estimated liabilities** | ☐ $0 - $50,000     ■ $1,000,001 - $10 million     ☐ $500,000,001 - $1 billion<br>☐ $50,001 - $100,000     ☐ $10,000,001 - $50 million     ☐ $1,000,000,001 - $10 billion<br>☐ $100,001 - $500,000     ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion<br>☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million     ☐ More than $50 billion |

**Request for Relief, Declaration, and Signature**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **March 18, 2016**
MM / DD / YYYY

X **/s/ Orawan Sukavachana, M.D.**          **Orawan Sukavachana, M.D.**
Signature of authorized representative of debtor          Printed name

Title  **President**

**18. Signature of attorney**

X **/s/ SCOTT R. CLAR**          Date **March 18, 2016**
Signature of attorney for debtor          MM / DD / YYYY

**SCOTT R. CLAR**
Printed name

**Crane, Heyman, Simon, Welch & Clar**
Firm name

**Suite 3705**
**135 South LaSalle Street**
**Chicago, IL 60603-4297**
Number, Street, City, State & ZIP Code

Contact phone  **312-641-6777**     Email address

**06183741**
Bar number and State

Request for Relief, Declaration, and Signature

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. Declaration and signature of authorized representative of debtor

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   March 16, 2016
              MM / DD / YYYY

X _____
Signature of authorized representative of debtor

Orawan Sukavachana, M.D.
Printed name

Title   President

18. Signature of attorney

X _____
Signature of attorney for debtor

Date   March 16, 2016
       MM / DD / YYYY

SCOTT R. CLAR
Printed name

Crane, Heyman, Simon, Welch & Clar
Firm name

Suite 3705
135 South LaSalle Street
Chicago, IL 60603-4297
Number, Street, City, State & ZIP Code

Contact phone   312-641-6777     Email address

06183741
Bar number and State

**Fill in this information to identify the case:**

Debtor name: Northwest Pediatric Services S.C. d/b/a Kid Care Medical S.C.

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
☐ Schedule H: Codebtors (Official Form 206H)
☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
☐ Amended Schedule _____
☒ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
☒ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   March 16, 2016           X _____
                                         Signature of individual signing on behalf of debtor

                                         Orawan Sukavachana, M.D.
                                         Printed name

                                         President
                                         Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Northwest Pediatric Services S.C. d/b/a Kid Care Medical S.C.** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF ILLINOIS** |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| ACS Health Care Consultant 22207 S Gawain Drive Joliet, IL 60404 | | | | | | $29,738.10 |
| Alikpala MD, Charity 40 W 17th Place Lombard, IL 60148 | | | | | | $10,170.00 |
| Baber MD, Laura 965 MillCreek Circle Elgin, Illinois 60123-0000 | | | | | | $15,336.10 |
| Barrett PA-C, Kimberly J 97 Main Coopersville, MI 49404 | | | | | | $6,061.50 |
| Castillo RN, Mayra A 1014 Oakland Ave Joliet, IL 60435 | | | | | | $6,287.70 |
| Chongsuwat, Tana 6171 N Sheridan Road Chicago, IL 60660 | | | | | | $6,728.50 |
| Egland MD, Kristi N 2223 Shetland Road Inverness, IL 60010 | | | | | | $8,953.80 |
| Gewolb, Sriporn 1613 Longmeadow Drive Glenview, IL 60026 | | | | | | $127,000.00 |
| Gupta, Anu 6436 W 41st St Stickney, IL 60402 | | | | | | $14,833.30 |

| Debtor | **Northwest Pediatric Services S.C. d/b/a Kid Care Medical S.C.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Johnson, Jeffrey B<br>1905 Fairway Ct<br>Hoffman Estates, IL 60169** | | | | | | $50,073.00 |
| **Mangahas, Susan A<br>3023 Highland Road<br>Northbrook, IL 60062** | | | | | | $10,920.00 |
| **McNamara, Patricia A<br>1324 Giese Road<br>Batavia, IL 60510** | | | | | | $7,460.80 |
| **Nora, Ernest<br>9434 Ridgeway<br>Evanston, IL 60203** | | | | | | $18,461.50 |
| **Portela MD, Paola<br>3812 N Pioneer Ave<br>Chicago, IL 60634** | | | | | | $8,376.90 |
| **Reddy MD, Rakhal<br>647 Metropolitan Way<br>Des Plaines, IL 60016** | | | | | | $12,750.00 |
| **Rudraraju MD, Ajay V<br>2213 Seaver Lane<br>Hoffman Estates, IL 60169** | | | | | | $6,346.20 |
| **Rudraraju, Annapurna<br>1786 Pebble Beach Dr<br>Hoffman Estates, IL 60169** | | | | | | $26,670.00 |
| **Tandez MD, Cornelia V<br>8248 Ballard Rd<br>Niles, IL 60714** | | | | | | $7,356.00 |
| **Walji MD, Aijaz H<br>1795 Nicholson Dr<br>Hoffman Estates, IL 60192** | | | | | | $32,025.00 |
| **Weisberg Appleson MD, Charlene<br>9136 Crawford<br>Skokie, IL 60076** | | | | | | $8,676.90 |

# United States Bankruptcy Court
### Northern District of Illinois

In re: **Northwest Pediatric Services S.C. d/b/a Kid Care Medical S.C.**
Debtor(s)

Case No.
Chapter **11**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: **176**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: **March 18, 2016**

**/s/ Orawan Sukavachana, M.D.**
**Orawan Sukavachana, M.D.**/**President**
Signer/Title

3/16/16 11:10AM

# United States Bankruptcy Court
## Northern District of Illinois

In re: Northwest Pediatric Services S.C. d/b/a Kid Care Medical S.C.
Debtor(s)

Case No.
Chapter 11

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: 177

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: March 16, 2016

Orawan Sukavachana, M.D./President
Signer/Title

ACS Health Care Consultants
22207 S Gawain Drive
Joliet, IL 60404

Ashley, Cruise H
13750 Ashley Road
Minooka, Illinois 60447

Berman, Marlet
115 W Kennedy Drive
Streamwood, IL 60107

ACS HealthCare Consultants LLC
Attn: Dr. Alice Sartore
22207 S. Gawain Dr.
Joliet, IL 60404

Avila, Melissa D
3120 Merrywell Court
Carpentersville, IL 60110

Bojorge, Daisy
210 Waverly Ct Apt 1B
Carpentersville, IL 60110

Aduana, Venvictor G
2539 Westbrook Dr
Franklin Park, IL 60131

Avila, Rosa G
2061 Greenfield Road
Hoffman Estates, IL 60169

Bonhom, Maria I
6770 Slate Dr
Carpentersville, IL 60110

Alexian Brothers Medical Center
c/o Ungaretti & Harris
70 W. Madison St., #3500
Chicago, IL 60602

Aye, Sabae
547 Alton Ct
Carol Stream, Illinois 60188

Bruce, Anchalee
17465 W Woodland Drive
Grayslake, IL 60030

Alexian Brothers Medical Center
800 Biesterfield Road
Elk Grove Village, IL 60007-3397

Baber MD, Laura
965 MillCreek Circle
Elgin, Illinois 60123-0000

Buchanan, Laura C
503 Plum Street
Lake in the Hills, IL 60156

Alikpala MD, Charity
40 W 17th Place
Lombard, IL 60148

Baeza Moreno, Juana
48 Hemlock Court
Elgin, Illinois 60120

Camacho, Elena
120 S Alfred Ave
Elgin, IL 60123

Alonzo, Yesenia
753 Raymond St
Elgin, IL 60120

Balbarin, Corazon J
2880 Torrey Pine
Lisle, Illinois 60532

Campuzano, Diana
857 N Preston Ave
Elgin, IL 60120

Anwar PA-C, Farzeen
2504 Northwood Ave
Lisle, IL 60532

Bandoian, Gregory A
207 Nicole Dr Unit D
South Elgin, Illinois 60177

Canada, Maria M
2104 Morningside Ln Unit G
Carpentersville, IL 60110

Arroyo, Melissa
107 Meadowdale Court
Carpentersville, IL 60110

Barajas, Joanna
79 Wren Road
Carpentersville, IL 60110

Carreno, Prisma N
631 Arnold Ave
Streamwood, IL 60107

Arroyo, Yessenia A
110 Pueblo Rd
Carpentersville, IL 60110

Barrett PA-C, Kimberly J
97 Main
Coopersville, MI 49404

Casas, Myrna
1446 S Busse Rd 1D
Mount Prospect, IL 60056

Castillo RN, Mayra A
1014 Oakland Ave
Joliet, IL 60435

Cayne, Angeline
450 Foster Ave
Wood Dale, IL 60191

Donato RN, Melissa A
12408 W 105th Circle
Saint John, IN 46373

Cazares, Edlin
3723 East Ave #2
Berwyn, IL 60402

Covarrubias, Anthony
1328 S Madlock Ct
Elgin, IL 60123

Dracopoulos PA-C, Henna
26 W 118 Waterbury Court
Wheaton, IL 60187

Chagolla, Maria S
110 Pueblo Rd
Carpentersville, IL 60110

Covarrubias, Janeth
1262 Brookdale Dr
Carpentersville, IL 60110

Duarte, Lizbeth
754 N Commonwealth Ave
Aurora, IL 60506

Chavez, Fabiana
1334 Spring Valley Drive
Carol Stream, IL 60188

Covarrubias, Maria
254 Terry Ct
Woodstock, IL 60098

East Park Professional Centre LLC
450 Dundee, #104
Elgin, IL 60120

Chiemmongkoltip MD, Panita
1109 N Dryden Ave
Arlington Heights, IL 60004

Cruz, Yadira
220 Franklin Blvd
Elgin, IL 60120

Egland MD, Kristi N
2223 Shetland Road
Inverness, IL 60010

Chongsuwat, Nath
1139 Sherwood Ave
Elgin, IL 60120

Crystal Court Shopping Center
4701 N. Cumberland Ave., #27
Harwood Heights, IL 60706

Estrada, Anabely R
2151 Morningside H
Carpentersville, IL 60110

Chongsuwat, Tana
6171 N Sheridan Road
Chicago, IL 60660

De Jesus, Judit
722 East Downer Place
Aurora, IL 60505

Estrada-Rico, Olga L
2151 Morningside Lane
Carpentersville, IL 60110

Chongsuwat, Tara
6171 N Sheridan Rd
Chicago, IL 60660

Denny, Stephanie J
345 Manistee Ave
Calumet City, IL 60409

Figueroa, Irma I
1360 Corely Court
Elgin, IL 60120

Cimino CPNP, Marcella I
22 Country Club Drive
Bloomingdale, IL 60108

Dept. of Treasury/IRS
Assoc. Area Counsel, SB/SE
200 W. Adams, #2300
Chicago, IL 60606

Ford, Krishandra R
22 W 60th Street
Westmont, IL 60559

Cintora, Mayra
302 Twilight Trail
Streamwood, IL 60107

Diaz, Vanessa
306 Fulton St
Elgin, IL 60120

Franco, Sandra
500 Prospect Blvd
Elgin, IL 60120

Froehlke RN, Sandra L
403 Apache Drive
New Lenox, IL 60451

Gacek, Tania
260 Perry Street
Elgin, IL 60120

Gaeto PA-C, Sarah L
7448 Panderosa Ct Unit 3D
Orland Park, IL 60462

Gaitan, Yudit
14 Robin Rd
Carpentersville, IL 60110

Gewolb, Sriporn
1613 Longmeadow Drive
Glenview, IL 60026

Hunter, Gail R
318 Paine Street
South Elgin, IL 60177

Galvan, Tania
PO Box 156
Elgin, IL 60121

Gudino, Roxana C
1452 Fremont Drive
Hanover Park, IL 60133

Illinois Department of Revenue
Bankruptcy Section
PO Box 64338
Chicago, IL 60664

Galvan, Victoria Y
623 Cookane Ave
Elgin, IL 60120

Gupta, Anu
6436 W 41st St
Stickney, IL 60402

Illinois Department of Revenue
100 W. Randolph St.
Legal Services M/C 7-900
Chicago, IL 60601

Galvez, Laura E
1917 Poplar Ave
Hanover Park, IL 60133

Gutierrez, Christian Y
1690 Maple Lane
Elgin, IL 60123

Imperial Realtly
4747 W. Peterson
Chicago, IL 60646

Gamboa, Reveca
1318 Warren Ave
Belvidere, IL 61008

Gutierrez, Laura
1690 Maple Lane
Elgin, IL 60123

Internal Revenue Service
Mail Stop 2010 CHI
230 S. Dearborn
Chicago, IL 60604

Gamboa, Vanesa
1 Wedgewood Circle
Lake in the Hills, IL 60156

Gutierrez-Franco, Walter
59 Devonshire Cir
Elgin, IL 60123

Internal Revenue Service
230 S. Dearborn
Attn: R. Cannon, STOP 5014-CHI
Chicago, IL 60604

Garcia, Bionca M
1415 Abbott Drive
Elgin, IL 60120

Guzman, Marlene
1230 Amanda Circle
Elgin, IL 60123

Jodrey CPNP, Lydia E
525 S Warren Ave
Palatine, IL 60074

Garcia, Eduardo L
480 Alcoa Lane
Hoffman Estates, IL 60169

Hanover Square LLC
c/o NAI Hiffman
1 Oak Brook Terrace, #400
Villa Park, IL 60181

Johnson, Cierra D
455 Minnesota Circle
Carol Stream, IL 60188

Garcia-Olivera, Rosaura
641 Jefferson Ave
Carpentersville, IL 60110

Hernandez, Irma J
1938 Oak Park Ave
Berwyn, IL 60402

Johnson, Jeffrey B
1905 Fairway Ct
Hoffman Estates, IL 60169

JSQ Centerwest LLC
c/o NAI Hiffman
15 S. Creek Lane, #214
Hinsdale, IL 60521

Martinez, Patricia
680 Page Ave
Elgin, IL 60120

Mentz, Alexandra Y
5737 W Grover Street
Chicago, IL 60630

Kaye, Margarita A
3113 Michaelwood Drive
Brownsville, TX 78526

Mathis RN, Carol A
2002 Princess Court
Lockport, IL 60441

Nateras, Bertha
2700 North Marmora Ave
Chicago, IL 60639

Lagunas, Yvette
812 Demmond Street
Elgin, IL 60123

McNamara, Patricia A
1324 Giese Road
Batavia, IL 60510

Nava, Andrea
452 S State St
Elgin, IL 60123

Lembke PA-C, Merideth L
3435 Oak Ave
Brookfield, IL 60513

Mendoza, Maria
938 Seminole Drive
Elgin, IL 60120

Nava, Nallely
436 Evergreen Cir
Gilberts, IL 60136

Lopez, Beatrice
613 Westwind Dr
Carpentersville, IL 60110

Mendoza, Nayeli
1373 Blackhawk Drive
Elgin, IL 60120

Navarrete, Liliana
54 Wren Road
Carpentersville, IL 60110

Lopez, Juanita
964 St Charles Street
Elgin, IL 60120

Midwest Computing Group Inc
5 Terry Drive
Roselle, IL 60172

Newcomb, Erin E
1108 Jerald Dr
Joliet, IL 60431

Macias, Angela
1020 Kane St Apt
South Elgin, IL 60177

Monroy, Erica
20 Hickory Dr
Carpentersville, IL 60110

Nora, Ernest
9434 Ridgeway
Evanston, IL 60203

Maldonado, Maria P
2700 FM 802
Brownsville, TX 78526

Mora, Maria G
132 Pecos Circle
Carpentersville, IL 60110

Nunez, Lisette
111 David Drive
Streamwood, IL 60107

Mangahas, Susan A
3023 Highland Road
Northbrook, IL 60062

Mora, Valeria M
9N 998 Water Road
Elgin, IL 60124

Nunez, Pamela M
4262 Oak Knoll Ln
Hoffman Estates, IL 60192

Marquez, Enika F
851 Joyce Lane
Elgin, IL 60120

Morales, Belinda
35 Devonshire Circle
Elgin, IL 60123

O'Brien, Carmen
5 Terry Drive
Richmond, IL 60071-2000

| | | |
|---|---|---|
| Ochoa, Ana<br>374 Ann Street<br>Elgin, IL 60120 | Peitela, Paola<br>3802 N Pioneer Ave<br>Chicago, IL 60634 | Rudraraju MD, Ajay V<br>2213 Seaver Lane<br>Hoffman Estates, IL 60169 |
| Olalde, Lilia<br>1185 Darby Lane<br>Roselle, IL 60172 | Quinones, Michelle<br>451 N Aldine Ave<br>Elgin, IL 60123 | Rudraraju, Annapurna<br>1786 Pebble Beach Dr<br>Hoffman Estates, IL 60169 |
| Onate, Veronica<br>3712 S Winchester<br>Chicago, IL 60609 | Ramirez, Lurdes<br>500 Prospect<br>Elgin, IL 60120 | Sanchez, Aracely G<br>76 Robin Rd<br>Carpentersville, IL 60110 |
| Pabst RN, Lucrecia C<br>78 Naples Drive<br>Wauconda, IL 60084 | Ramirez-Lopez, Allen R<br>7419 Nantucket Cove<br>Hanover Park, IL 60133 | Sanchez, Martha D<br>627 W Sable Ave<br>Addison, IL 60101 |
| Palafox, Rosa M<br>23 Ascot Lane<br>Streamwood, IL 60107 | Reddy MD, Rakhal<br>647 Metropolitan Way<br>Des Plaines, IL 60016 | Schaar, Gwen<br>20 Echo Hill<br>Lake in the Hills, IL 60156 |
| Perez, Glenda F<br>927 Jungles Ave<br>Aurora, IL 60505 | Reyes Oregon, Helen<br>4 Thrush Rd<br>Carpentersville, IL 60110 | Serrato, Elsa M<br>1118 N Boxwood<br>Mount Prospect, IL 60056 |
| Perez, Yesenia<br>1734 Plum St<br>Aurora, IL 60506 | Rodriguez, Ana M<br>4023 Hearthside Dr<br>Wilmington, NC 28412 | Seven Hill Properties<br>977 N. Oaklawn, #102<br>Elmhurst, IL 60126 |
| Pineda, Adriana<br>120 S Alfred Ave<br>Elgin, IL 60123 | Rodriguez, Leticia P<br>1301 Branden Lane<br>Bartlett, IL 60103 | Sevilla, Laura S<br>633 Dean Drive<br>South Elgin, IL 60177 |
| Poontong, Laddawan<br>423 Center St<br>Elgin, IL 60120 | Rodriguez, Veronica<br>1301 Branden Lane<br>Bartlett, IL 60103 | Shannon, James P<br>7632 Butternut Court<br>Woodridge, IL 60517 |
| Poontong, Maneerat<br>516 Elm Ridge Rd Apt 1B<br>Carpentersville, IL 60110 | Rodriguez, Victoria<br>4552 N Harding Ave<br>Chicago, IL 60625 | Shaw PA-C, Emily N<br>9 N Daniels Drive<br>Batavia, IL 60510 |

Shek, Yuhang
PO Box 2846
Aurora, IL 60507

Toites, Maria R
380 North Crystar Ave
Elgin, IL 60123

Whelan, John P
735 S Norbury Ave
Lombard, IL 60148

Solorzano, Maria
1425 Fremont Drive
Hanover Park, IL 60133

Vargas, Tanya R
668 Lillie Street
Elgin, IL 60120

Wodka, Julie D
2606 Colewood Lane
Dover, FL 33527

Soto, Filiberta
1363 Todd Farm Dr Apt 204
Elgin, IL 60123

Vargas, Yesenia
868 Suzanne Ln
Elgin, IL 60120

Young, Jason D
202 Nashua Street
Park Forest, IL 60466

Soto, Maria
1131 Fairwood Drive
Elgin, IL 60123

Vazquez, Anna J
3424 Beach Ave
Chicago, IL 60651

Young, Stephan W
5901 N Magnolia Ave Apt 2F
Chicago, IL 60660

Soto, Sandra
558 McClure Ave
Elgin, IL 60123

Velazquez, Coraima
915 Saint John Street
Elgin, IL 60120

Zamora-Corral, Ana L
749 E Benton Street
Aurora, IL 60505

Syed, Nausheen K
5408 Silk Oak Dr
Naperville, IL 60564

Vivanco, Adriana
335 Corrine Ave
Crystal Lake, IL 60014

Zavala, Verenice
2461 Rockport Rd
Hampshire, IL 60140

Tandez MD, Cornelia V
8248 Ballard Rd
Niles, IL 60714

Vivanco, Erica
335 Corrine Ave
Crystal Lake, IL 60014

Tinajero, Maria A
22 Sparrow Road
Carpentersville, IL 60110

Walji MD, Aijaz H
1795 Nicholson Dr
Hoffman Estates, IL 60192

TNT Facilities Inc.
1080 Clover Hill Ct.
Elgin, IL 60120

Weisberg Appleson MD, Charlene
9136 Crawford
Skokie, IL 60076

Torres, Keisha
3530 N Lowell Ave
Chicago, IL 60641

Weston, Amanda N
13316 Shadetree Court
San Diego, CA 92131

# United States Bankruptcy Court
## Northern District of Illinois

In re: __Northwest Pediatric Services S.C. d/b/a Kid Care Medical S.C.__
Debtor(s)

Case No. ____
Chapter __11__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Northwest Pediatric Services S.C. d/b/a Kid Care Medical S.C.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

March 16, 2016
Date

/s/ Scott R. Clar
SCOTT R. CLAR
Signature of Attorney or Litigant
Counsel for __Northwest Pediatric Services S.C. d/b/a Kid Care Medical S.C.__
Crane, Heyman, Simon, Welch & Clar
Suite 3705
135 South LaSalle Street
Chicago, IL 60603-4297
312-641-6777 Fax:312-641-7114