UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 16-09373 |
| Northwest Pediatric Services S.C. d/b/a Kid Care Medical S.C., an Illinois corporation | ) ) ) ) ) ) | Chapter: 11<br>Honorable Jacqueline Cox |
| Debtor(s) | ) | |

(Cox) *Interim* **ORDER WAIVING APPOINTMENT OF OMBUDSMAN PURSUANT TO 11 U.S.C. §333(a)(1) OF THE BANKRUPTCY CODE**

THIS MATTER COMING TO BE HEARD on the Debtor's Motion to Waive Appointment of Ombudsman, Pursuant to 11 U.S.C. §333(a)(1) of the Bankruptcy Code, all as more fully set forth in said Motion; due and proper notice having been given; no objections having been interposed; and the Court being fully advised in the premises:

IT IS HEREBY ORDERED that the appointment of an ombudsman is waived in this Chapter 11 case.

*Final Hearing 4-26-16 at 10:00 AM (Cox)*

Enter: J. Cox  *Jacqueline P. Cox*

Dated: 3-29-16

United States Bankruptcy Judge

**Prepared by:**
Scott R. Clar
(Atty. No. 06183741)
Brian P. Welch
(Atty. No. 6307292
Crane, Heyman, Simon, Welch & Clar
135 South LaSalle Street, Suite 3705
Chicago, IL 60603
312) 641-6777
mjo2\NW Pediatrics\waive ombudsman.Ord

Rev: 20151029_bko