UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re:<br>Northwest Pediatric Services S.C. d/b/a Kid Care Medical S.C., an Illinois corporation<br><br>Debtor(s) | BK No.: 16-09373<br><br>Chapter: 11<br><br>Honorable Jacqueline Cox |

Final ORDER GRANTING SECOND MOTION TO EXTEND THE DATES FOR FILING PLAN OF REORGANIZATION AND DISCLOSURE STATEMENT AND TO EXTEND DEBTOR'S EXCLUSIVE RIGHTS TO FILE A PLAN OF REORGANIZATION AND SOLICIT ACCEPTANCES

THIS MATTER COMING TO BE HEARD on the Debtor's Second Motion pursuant to §§ 105 and 1121(d) of the Bankruptcy Code for the entry of an order granting the Debtor an extension of time within which to file its plan of reorganization and disclosure statement and extending the Debtor's exclusive rights to file a plan of reorganization and solicit acceptances (the "Motion"); due notice having been served; it appearing that there is good cause to grant the relief requested; and the Court having jurisdiction over the parties and the subject matter of the Motion; and the Court being fully advised in the premises;

NOW, THEREFORE, IT IS HEREBY ORDERED as follows:

1. The Motion is granted;

2. The Court ordered date and the exclusive date for the Debtor to file its plan of reorganization and disclosure statement are hereby extended from October 4, 2016 through and including January 15, 2017; and

3. The exclusive date for the Debtor to solicit acceptances to the Debtor's plan of reorganization is hereby extended from December 13, 2016 through and including March 13, 2017;

4. The status hearing on the Debtor's plan and disclosure statement set for October 13, 2016 is stricken and rescheduled for March 22, 2017 at 10:00 a.m.

Enter:

J. Jacqueline B. Cox

Dated: September 13, 2016

United States Bankruptcy Judge

**Prepared by:**
Scott R. Clar
(Atty. No. 06183741)
Brian P. Welch
(Atty. No. 6307292
Crane, Heyman, Simon, Welch & Clar
135 South LaSalle Street, Suite 3705

Rev: 20151029_bko

Chicago, IL 60603
312) 641-6777
mjo2\NW Pediatrics\ext time file plan2.Ord

Rev: 20151029_bko