IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 16-09373 |
| Northwest Pediatric Services S.C., ) | Chapter 11 |
| ) | Judge Cox |
| debtor/debtor-in-possession. ) | |

## NOTICE OF MOTION

TO:   ATTACHED SERVICE LIST:

PLEASE TAKE NOTICE that on the 31st day of October, 2017 at 9:30 a.m. or as soon thereafter as counsel can be heard, I shall appear before the Honorable Jacqueline P. Cox, Bankruptcy Judge, in the room usually occupied by her as courtroom 680 in the United States Bankruptcy Court in the Everett McKinley Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, or before any other Judge who may be sitting in her place and stead and shall present the **Motion of the Law Firm of Crane, Heyman, Simon, Welch & Clar for Final Allowance and Payment of Compensation and Reimbursement of Expenses**, a copy of which is attached hereto and herewith served upon you, and shall pray for the entry of an Order in compliance therewith.

AT WHICH TIME and place you may appear if you so see fit.

/s/Scott R. Clar
Crane, Heyman, Simon, Welch & Clar
135 S. LaSalle St., Suite 3705
Chicago, Illinois 60603
(312) 641-6777

## CERTIFICATE OF SERVICE

STATE OF ILLINOIS   )
                    )
COUNTY OF COOK      )

The undersigned, being first duly sworn on oath deposes and states that he caused a copy of the foregoing Notice and attached Notice of Hearing and Motion to be served via the Court's Electronic Registration or fax (as indicated) to all parties with and asterisk (*) and a copy of the Notice regarding the fee hearing was served upon all other parties on the attached service list, on the 5th day of October, 2017, before the hour of 5:00 p.m.

/s/Scott R. Clar

## SERVICE LIST

**Court's Electronic Registration**

M. Gretchen Silver*
United States Trustee
219 S. Dearborn
Chicago, IL 60604

John W. Guzzardo*
Ira Bodenstein
Shaw Fishman Glantz & Towbin, LLC
321 N. Clark St., #800
Chicago, IL 60654

Erin Buechler*
Commonwealth Edison Company
3 Lincoln Center
Oakbrook, IL 60181

Alexian Brothers Medical Center*
c/o R. Scott Alsterda
Nixon Peabody LLC
70 W. Madison St., #3500
Chicago, IL 60602

Jing Zhang*
Office of the Solicitor
United States Dept. of Labor
230 S. Dearborn, #844
Chicago, IL 60604


**Fax**:

James D. Newbold*
Assistant Attorney
Gen'l Revenue Litigation Bureau
Office of the Illinois Attorney General
100 W. Randolph St., 13th Floor
Chicago, IL 60601
Fax: (312) 814-3589

Michael J. Kelly*
Asst. US Atty. Illinois - Eastern Div.
Office of the U.S. Attorney
219 S. Dearborn, #500
Chicago, IL 60604
Fax: (312) 886-4073

Patrick S. Layng
United States Trustee
219 S. Dearborn
Chicago, IL 60604

James D. Newbold*
Assistant Attorney
Gen'l Revenue Litigation Bureau
Office of the Illinois Attorney General
100 W. Randolph St., 13th Floor
Chicago, IL 60601

Internal Revenue Service
230 S. Dearborn
Attn: R. Cannon, STOP 5014-CHI
Chicago, IL 60604

Commonwealth Edison*
Attn: Erin M. Buechler
Three Lincoln Centre, 4th Floor
Oakbrook Terrace, IL 60181-4262

ACS Health Care Consultant
22207 S Gawain Drive
Joliet, IL 60404

Alexian Brothers Medical Center
c/o Ungaretti & Harris
70 W. Madison St., #3500
Chicago, IL 60602

Anwar PA-C, Farzeen
2504 Northwood Ave
Lisle, IL 60532

Ashley, Louise H
13750 Ashley Road
Minooka, Illinois 60447

Aye, Sabae
547 Alton Ct
Carol Stream, Illinois 60188

Balbarin, Corazon J
2880 Torrey Pine
Lisle, Illinois 60532

Alexian Brothers Medical Center
c/o R. Scott Alsterda
Nixon Peabody LLC
70 W. Madison St., #3500
Chicago, IL 60602

Illinois Department of Revenue
Bankruptcy Section
PO Box 64338
Chicago, IL 60664

Michael J. Kelly*
Asst. US Atty. Illinois - Eastern Div.
Office of the U.S. Attorney
219 S. Dearborn, #500
Chicago, IL 60604

Jing Zhang*
Office of the Solicitor
United States Dept. of Labor
230 S. Dearborn, #844
Chicago, IL 60604

ACS HealthCare Consultants LLC
Attn: Dr. Alice Sartore
22207 S. Gawain Dr.
Joliet, IL 60404

Alikpala MD, Charity
40 W 17th Place
Lombard, IL 60148

Arroyo, Melissa
107 Meadowdale Court
Carpentersville, IL 60110

Avila, Melissa D
3120 Merrywell Court
Carpentersville, IL 60110

Baber MD, Laura
965 MillCreek Circle
Elgin, Illinois 60123-0000

Bandoian, Gregory A
7007 N. Bradford Pl
Peoria, IL 61614

Alexian Brothers Medical Center
800 Biesterfield Road
Elk Grove Village, IL 60007-3397

Illinois Department of Revenue
100 W. Randolph St.
Legal Services M/C 7-900
Chicago, IL 60601

John W. Guzzardo*
Ira Bodenstein
Shaw Fishman Glantz & Towbin
321 N. Clark St., #800
Chicago, IL 60654

Orawan Sukavachana, M.D.
Northwest Pediatric Services S.C.
c/o Kid Car Medical
373 Summit St., #101
Elgin, IL 60120

Aduana, Venvictor G
2539 Westbrook Dr
Franklin Park, IL 60131

Alonzo, Yesenia
753 Raymond St
Elgin, IL 60120

Arroyo, Yessenia A
110 Pueblo Rd
Carpentersville, IL 60110

Avila, Rosa G
2061 Greenfield Road
Hoffman Estates, IL 60169

Baeza Moreno, Juana
a/k/a Juana Caballero
1919 Prairie Sq. Apt. 104
Schaumburg, IL 60173

Barajas, Joanna
79 Wren Road
Carpentersville, IL 60110

Barrett PA-C, Kimberly
97 Main
Coopersville, MI 49404

Case 16-09373    Doc 168    Filed 10/05/17    Entered 10/05/17 15:32:23    Desc Main
Document    Page 4 of 18

Bennett, Wendy
11 McKennedy Dr
Streamwood, IL 60107

Biesc, Daisy
210 Waverly Ct Apt 1B
Carpentersville, IL 60110

Bonhom, Maria I
6770 Slate Dr
Carpentersville, IL 60110

Bruce, Anchalee
17465 W Woodland Drive
Grayslake, IL 60030

Buchanan, Laura C
503 Plum Street
Lake in the Hills, IL 60156

Business Medical Solutions Inc.

Camacho, Elena
2355 Cypress Drive
Tracy, CA 95377

Campuzano, Diana
857 N Preston Ave
Elgin, IL 60120

Canada, Maria M
2104 Morningside Ln Unit G
Carpentersville, IL 60110

Carreno, Prisma N
631 Arnold Ave
Streamwood, IL 60107

Casas, Myrna
1446 S Busse Rd 1D
Mount Prospect, IL 60056

Castillo RN, Mayra A
1014 Oakland Ave
Joliet, IL 60435

Cazares, Edlin
3723 East Ave #2
Berwyn, IL 60402

Chagolla, Maria S
110 Pueblo Rd
Carpentersville, IL 60110

Chavez, Fabiana
1334 Spring Valley Drive
Carol Stream, IL 60188

Chiemmongkoltip MD, Panita
1109 N Dryden Ave
Arlington Heights, IL 60004

Chongsuwat, Nath
1139 Sherwood Ave
Elgin, IL 60120

Chongsuwat, Tana
6171 N Sheridan Road
Chicago, IL 60660

Chongsuwat, Tara
6171 N Sheridan Rd
Chicago, IL 60660

Cimino CPNP, Marcella I
22 Country Club Drive
Bloomingdale, IL 60108

Cintora, Mayra
302 Twilight Trail
Streamwood, IL 60107

Cortes, Angelina
450 Foster Ave
Wood Dale, IL 60191

Covarrubias, Anthony
1328 S Madlock Ct
Elgin, IL 60123

Covarrubias, Janeth
1262 Brookdale Dr
Carpentersville, IL 60110

Covarrubias, Maria
254 Terry Ct
Woodstock, IL 60098

Cruz, Yadira
220 Franklin Blvd
Elgin, IL 60120

Crystal Court Shopping Center
4701 N. Cumberland Ave., #27
Harwood Heights, IL 60706

De Jesus, Judit
722 East Downer Place
Aurora, IL 60505

Denny, Stephanie J
345 Manistee Ave
Calumet City, IL 60409

Dept. of Treasury
Assoc. Area Counsel, SB/SE
200 W. Adams, #2300
Chicago, IL 60606

DeMelissa A RN
306 Fulton St
Elgin, IL 60120

12408 W 105th Circle
Saint John, IN 46373

Dracopoulos PA-C, Henna
26 W 118 Waterbury Court
Wheaton, IL 60187

Duarte, Lizbeth
754 N Commonwealth Ave
Aurora, IL 60506

East Park Professional Centre LLC
450 Dundee, #104
Elgin, IL 60120

Egland MD, Kristi N
2223 Shetland Road
Inverness, IL 60010

Estrada, Anabely R
2151 Morningside H
Carpentersville, IL 60110

Estrada-Rico, Olga L
2151 Morningside Lane
Carpentersville, IL 60110

Figueroa, Irma I
1360 Corely Court
Elgin, IL 60120

Ford, Krishandra R
22 W 60th Street
Westmont, IL 60559

Fornaro Law
Attn: Philip M. Fornaro
1022 S. LaGrange Rd.
La Grange, IL 60525

Franco, Sandra
500 Prospect Blvd
Elgin, IL 60120

Froehlke RN, Sandra J
403 Apache Drive
New Lenox, IL 60451

Gaitan, Yudit
14 Robin Rd
Carpentersville, IL 60110

Galvan, Tania
PO Box 156
Elgin, IL 60121

Galvan, Victoria Y
623 Cookane Ave
Elgin, IL 60120

Galvez, Laura E
1917 Poplar Ave
Hanover Park, IL 60133

Gamboa, Reveca
1318 Warren Ave
Belvidere, IL 61008

Gamboa, Vanesa
1 Wedgewood Circle
Lake in the Hills, IL 60156

Garcia, Bionca M
1415 Abbott Drive
Elgin, IL 60120

Garcia, Eduardo L
480 Alcoa Lane
Hoffman Estates, IL 60169

Garcia-Olivera, Rosaura
641 Jefferson Ave
Carpentersville, IL 60110

Gasca, Tania
260 Percy Street
Elgin, IL 60120

Gewolb, Sriporn
1613 Longmeadow Drive
Glenview, IL 60026

Gudino, Roxana C
1452 Fremont Drive
Hanover Park, IL 60133

Gupta, Anu
6436 W 41st St
Stickney, IL 60402

Gutierrez, Christian Y
59 Devonshire Cir.
Elgin, IL 60123

Gutierrez, Laura
59 Devonshire Cir.
Elgin, IL 60123

Gutierrez-Franco, Walter
59 Devonshire Cir
Elgin, IL 60123

Guzman, Marisa
1230 Amanda Circle
Elgin, IL 60123

Hailey Development LLC
Attn: Jenn Mathis
Entre Commercial Realty LLC
1930 Thoreau Dr., #181
Schaumburg, IL 60173

Heckman, Deborah
1938 Oak Park Ave
Berwyn, IL 60402

Houck PA-C, Sarah L
7448 Panderosa Ct Unit 3D
Orland Park, IL 60462

Hunter, Gail R
318 Paine Street
South Elgin, IL 60177

Illinois Department of Revenue
Bankruptcy Section
PO Box 64338
Chicago, IL 60664

Illinois Department of Revenue
100 W. Randolph St.
Legal Services M/C 7-900
Chicago, IL 60601

Imperial Realtly
4747 W. Peterson
Chicago, IL 60646

Internal Revenue Service
Mail Stop 2010 CHI
230 S. Dearborn
Chicago, IL 60604

Internal Revenue Service
230 S. Dearborn
Attn: R. Cannon, STOP 5014-CHI
Chicago, IL 60604

Jodrey CPNP, Lydia E
5432 W. Leland Ave.
Chicago, IL 60630

Johnson, Cierra D
455 Minnesota Circle
Carol Stream, IL 60188

Johnson, Jeffrey B
1905 Fairway Ct
Hoffman Estates, IL 60169

JSQ Centerwest LLC
One Oakbrook Terrace
Suite 400
Oakbrook Terrace, IL 60181

Kaye, Margarita A
3113 Michaelwood Drive
Brownsville, TX 78526

Lagunas, Yvette
812 Demmond Street
Elgin, IL 60123

Lembke PA-C, Merideth L
3435 Oak Ave
Brookfield, IL 60513

Lopez, Beatrice
613 Westwind Dr
Carpentersville, IL 60110

Lopez, Juanita
1001 Byron St.
Elgin, IL 60120

Macias, Angela
1020 Kane St Apt
South Elgin, IL 60177

Maldonado, Maria P
707 W. Emerald Drive
Pharr, TX 78577

Mangahas, Susan A
3023 Highland Road
Northbrook, IL 60062

Marquez, Enika F
851 Joyce Lane
Elgin, IL 60120

Martinez, Palmira
685 Page Ave
Elgin, IL 60120

Mathis RN, Carol A
2002 Princess Court
Lockport, IL 60441

McNamara, Patricia A
37 Park Dr. S
Yorkville, IL 60560

Medical Support Solutions Inc.
121 S. Wilke Rd., Suite A
Arlington Heights, IL 60005

Mendoza, Maria
938 Seminole Drive
Elgin, IL 60120

Mendoza, Nayeli
1373 Blackhawk Drive
Elgin, IL 60120

Midwest Computing Group Inc
5 Terry Drive
Roselle, IL 60172

| | | |
|---|---|---|
| Monroy, Eric<br>20 Hickory Dr<br>Carpentersville, IL 60110 | Montes, Rosa<br>130 Pecos Circle<br>Carpentersville, IL 60110 | Morga, Valeria M<br>9N 998 Water Road<br>Elgin, IL 60124 |
| Morales, Belinda<br>35 Devonshire Circle<br>Elgin, IL 60123 | Muniz, Alexandra Y<br>5737 W Grover Street<br>Chicago, IL 60630 | Nateras, Bertha<br>26 Geneva Ave.<br>Belwood, IL 60104 |
| Nava, Andrea<br>452 S State St<br>Elgin, IL 60123 | Nava, Nallely<br>436 Evergreen Cir<br>Gilberts, IL 60136 | Navarrete, Liliana<br>54 Wren Road<br>Carpentersville, IL 60110 |
| Newcomb, Erin E<br>1108 Jerald Dr<br>Joliet, IL 60431 | Nora, Ernest<br>9434 Ridgeway<br>Evanston, IL 60203 | Nunez, Lisette<br>111 David Drive<br>Streamwood, IL 60107 |
| Nunez, Pamela M<br>4262 Oak Knoll Ln<br>Hoffman Estates, IL 60192 | O'Brien, Carmen<br>5 Terry Drive, Unit A<br>Roselle, IL 60712 | Ochoa, Ana<br>374 Ann Street<br>Elgin, IL 60120 |
| Olalde, Lilia<br>1185 Darby Lane<br>Roselle, IL 60172 | Onate, Veronica<br>3712 S Winchester<br>Chicago, IL 60609 | Pabst RN, Lucrecia C<br>78 Naples Drive<br>Wauconda, IL 60084 |
| Palafox, Rosa M<br>23 Ascot Lane<br>Streamwood, IL 60107 | Perez, Glenda F<br>927 Jungles Ave<br>Aurora, IL 60505 | Perez, Yesenia<br>1734 Plum St<br>Aurora, IL 60506 |
| Pineda, Adriana<br>120 S Alfred Ave<br>Elgin, IL 60123 | Poontong, Laddawan<br>423 Center St<br>Elgin, IL 60120 | Poontong, Maneerat<br>516 Elm Ridge Rd Apt 1B<br>Carpentersville, IL 60110 |
| Portela MD, Paola<br>3812 N Pioneer Ave<br>Chicago, IL 60634 | Querrey & Harrow Ltd.<br>175 W. Jackson Blvd.., #1600<br>Chicago, IL 60614 | Quinones, Michelle<br>451 N Aldine Ave<br>Elgin, IL 60123 |
| Ramirez, Lurdes<br>500 Prospect<br>Elgin, IL 60120 | Ramirez-Lopez, Allen R<br>7419 Nantucket Cove<br>Hanover Park, IL 60133 | Reddy MD, Rakhal<br>647 Metropolitan Way<br>Des Plaines, IL 60016 |

Reyes Oregon, Heleh
4 Thrush Rd
Carpentersville, IL 60110

Rodriguez, Ana M
4023 Hearthside Dr
Wilmington, NC 28412

Rodriguez, Leticia P
1301 Branden Lane
Bartlett, IL 60103

Rodriguez, Veronica
1301 Branden Lane
Bartlett, IL 60103

Rodriguez, Victoria
4552 N Harding Ave
Chicago, IL 60625

Rudraraju MD, Ajay V
2213 Seaver Lane
Hoffman Estates, IL 60169

Rudraraju, Annapurna
1786 Pebble Beach Dr
Hoffman Estates, IL 60169

Sanchez, Aracely G
76 Robin Rd
Carpentersville, IL 60110

Sanchez, Martha D
627 W Sable Ave
Addison, IL 60101

Schaar, Gwen
20 Echo Hill
Lake in the Hills, IL 60156

Serrato, Elsa M
1118 N Boxwood
Mount Prospect, IL 60056

Seven Hill Properties
977 N. Oaklawn, #102
Elmhurst, IL 60126

Sevilla, Laura S
633 Dean Drive
South Elgin, IL 60177

Shannon, James P
7632 Butternut Court
Woodridge, IL 60517

Shaw PA-C, Emily N
9 N Daniels Drive
Batavia, IL 60510

Shek, Yuhang
PO Box 2846
Aurora, IL 60507

Solorzano, Maria
1425 Fremont Drive
Hanover Park, IL 60133

Soto, Filiberta
1363 Todd Farm Dr Apt 204
Elgin, IL 60123

Soto, Maria
1131 Fairwood Drive
Elgin, IL 60123

Soto, Sandra
558 McClure Ave
Elgin, IL 60123

Syed, Nausheen K
5408 Silk Oak Dr
Naperville, IL 60564

Tandez MD, Cornelia V
8248 Ballard Rd
Niles, IL 60714

Tinajero, Maria A
22 Sparrow Road
Carpentersville, IL 60110

TNT Facilities Inc.
1080 Clover Hill Ct.
Elgin, IL 60120

Torres, Keisha
3530 N Lowell Ave
Chicago, IL 60641

Torres, Maria R
389 North Crystar Ave
Elgin, IL 60123

Vargas, Tanya R
668 Lillie Street
Elgin, IL 60120

Vargas, Yesenia
868 Suzanne Ln
Elgin, IL 60120

Vazquez, Anna J
3424 Beach Ave
Chicago, IL 60651

Velazquez, Coraima
915 Saint John Street
Elgin, IL 60120

Vivanco, Adriana
335 Corrine Ave
Crystal Lake, IL 60014

Vivanco, Erica
335 Corrine Ave
Crystal Lake, IL 60014

Walji MD, Aijaz H
1795 Nicholson Dr
Hoffman Estates, IL 60192

Weisberg Appleson MD, Charlene
9136 Crawford
Skokie, IL 60076

Weston, Amanda N
13316 Shadetree Court
San Diego, CA 92131

Whelan CPNP, Jill M
920 Brandywine Drive
Roselle, IL 60172

Wodka, Julie D
2606 Colewood Lane
Dover, FL 33527

Young, Jason D
202 Nashua Street
Park Forest, IL 60466

Young, Stephan W
5901 N Magnolia Ave Apt 2F
Chicago, IL 60660

Zamora-Corral, Ana L
749 E Benton Street
Aurora, IL 60505

Zavala, Verenice
816 Ollie CT, Apt. 3D
Carpentersville, IL 60110

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:  )
) Case No. 16-09373
Northwest Pediatric Services S.C.,  ) Chapter 11
) Judge Cox
    debtor/debtor-in-possession.  )

## NOTICE OF HEARING ON MOTION FOR ALLOWANCE AND PAYMENT OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES TO DEBTOR'S COUNSEL AND DEBTOR'S SPECIAL COUNSEL

**TO ALL CREDITORS AND PARTIES IN INTEREST:**

    PLEASE TAKE NOTICE that on October 5, 2017, Crane, Heyman, Simon, Welch & Clar, Debtor's counsel, filed a Motion for Allowance and Payment of Final Compensation and Reimbursement of Expenses for the (the "CHSWC Motion"), thereby requesting the sum of $100,260.50 for legal services rendered to the Debtor for the period commencing February 25, 2016 through and including September 26, 2017, plus costs advanced for the same period in the sum of $6,516.44.

    PLEASE FURTHER TAKE NOTICE that Bishop & LaForte, Ltd. ("Bishop"), special counsel for the Debtor, has filed its Motion for Allowance of First and Final Compensation (the "Bishop Motion"), thereby requesting the sum of $3,685.00 for legal services rendered to the Debtor for the period commencing May 10, 2017 through and including June 15, 2017.

    PLEASE TAKE FURTHER NOTICE that any person objecting to the CHSWC Motion or Bishop Motion, is directed to file their objection(s) in writing with the Clerk of the United States Bankruptcy Court, 219 South Dearborn Street, Chicago, Illinois 60604, on or before the hour of 4:30 p.m., on the **27th day of October, 2017**, with a copy of said objection(s) to be simultaneously served upon Scott R. Clar, Crane, Heyman, Simon, Welch & Clar, 135 South LaSalle, Suite 3705, Chicago, Illinois 60603.

    PLEASE TAKE FURTHER NOTICE that a hearing on the CHSWC Motion and the Bishop Motion, together with objections timely filed, if any, will be held before the Honorable Jacqueline P. Cox, Bankruptcy Judge, Courtroom No. 680, 219 South Dearborn Street, Chicago, Illinois, on the **31st day of October, 2017**, at the hour of **9:30 a.m.**, at which time and place you may appear if you so see fit.

DATED: October 5, 2017

**DEBTOR'S COUNSEL:**
Scott R. Clar
(Atty. No. 06183741)
Crane, Heyman, Simon, Welch & Clar
135 South LaSalle Street, Suite 3705
Chicago, IL 60603
(312) 641-6777
W:\MJO2\NW Pediatrics\Final Fee.NOH.wpd

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: )
) Case No. 16-09373
Northwest Pediatric Services S.C., ) Chapter 11
) Judge Cox
debtor/debtor-in-possession. )

**COVER SHEET FOR APPLICATION FOR
PROFESSIONAL COMPENSATION**

Name of Applicant: <u>CRANE, HEYMAN, SIMON, WELCH & CLAR, Debtor's Counsel</u>

Authorized to Provide
Professional Services to: <u>Debtor</u>

Date of Order
Authorizing Employment: <u>May 17, 2016</u>

Period for Which Compensation
is Sought: From: <u>February 25, 2016</u> through <u>September 26, 2017</u>

Amount of Fees Sought: <u>$100,260.50</u>

Amount of Expense
Reimbursement Sought: <u>$6,516.44</u>

This is a(n): Interim Application ___    Final Application <u>X</u>

If this is not the first Application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees and Expenses) | Total Allowed |
|---|---|---|---|
| 11/11/16 | 2/25/16 - 11/10/16 | $49,661.48 | $49,661.48 |

The aggregate amount of fees and expenses paid to the Applicant to date for services rendered and expenses herein is: $49,000.00

Date: <u>October 2, 2017</u>    Applicant: Scott R. Clar and the firm <u>Crane, Heyman, Simon, Welch & Clar</u>

By: <u>/s/Scott R. Clar</u>
Debtor's Counsel

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                              )
                                                    )    Case No. 16-09373
Northwest Pediatric Services S.C.,                  )    Chapter 11
                                                    )    Judge Cox
    debtor/debtor-in-possession.                  )

**MOTION OF THE LAW FIRM OF CRANE, HEYMAN, SIMON, WELCH &
CLAR, AS DEBTOR'S COUNSEL, FOR FINAL ALLOWANCE AND PAYMENT
OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**

NOW COMES SCOTT R. CLAR and the law firm of Crane, Heyman, Simon, Welch & Clar ("CHSWC"), counsel for Northwest Pediatric Services S.C., debtor/debtor-in-possession herein ("Debtor"), and for its motion pursuant to § 330 of the Bankruptcy Code For Final Allowance and Payment of Compensation and Reimbursement of Expenses (the "Motion"), respectfully state as follows:

**Introduction**

1. On February 29, 2012, the Debtor filed its voluntary petition for relief under Chapter 11 of the Bankruptcy Code ("Petition Date").

2. The Debtor is operating its business and managing its financial affairs as debtor-in-possession. No trustee, examiner or committee of unsecured creditors has been appointed to serve in this reorganization case.

3. This Court has jurisdiction over the Motion pursuant to 28 U.S.C. Sections 157 and 1334. Venue lies properly in this Court pursuant to 28 U.S.C. Sections 1408 and 1409. This matter is a "core" proceeding pursuant to 28 U.S.C. Section 157(b).

4. The statutory predicate for the relief requested in this Motion is § 330 of the Bankruptcy Code.

**Relevant Factual Background**

5. The Debtor is an Illinois corporation that operates eight (8) pediatric care facilities throughout the greater Chicago area. The Debtor employs approximately thirty-six people.

6. The Debtor serves economically challenged communities and derives 75% of its revenue from private insurance companies and direct pay, and 25% is paid by the Illinois Department of Healthcare and Family Services ("HFS").

7. On February 29, 2012, the Debtor filed a voluntary petition under Chapter 11 of the Bankruptcy Code, known as case no. 12-07777 ("Previous Chapter 11 Case"), and on May 22, 2013, the Debtor confirmed its Third Plan of Reorganization ("Plan"). IRS and IDR were secured and priority unsecured creditors in the Previous Chapter 11 Case.

**Retention of CHSWC**

8. On May 17, 2016, this Court entered an Order authorizing the debtor to employ CHSWC as bankruptcy counsel. CHSWC received a $35,000 pre-petition retainer (the "Pre-Petition Retainer"), and also received an interim award of $14,664.48 on December 7, 2016 (the "Interim Order").

**Relief Requested and Status of Chapter 11 Case**

9. By this Motion, CHSWC requests an allowance of final compensation and reimbursement of expenses in the amounts of $100,260.50 and $6,516.44, respectfully, for the period commencing February 25, 2016 through and including September 26, 2017, and a direction to the Debtor to pay fees and expenses allowed in excess of the Pre-Petition Retainer and the Interim Order.

10. Time spent in the Debtor's Chapter 11 case has been in connection with the categories described herein.

11.     The Debtor's Chapter 11 case has progressed to the point of a combined hearing on confirmation of the Debtor's Third Amended Plan of Reorganization, and the adequacy of the Debtor's Third Amended Disclosure Statement.

12.     The Debtor's post-petition period has been marked by continued slow pay by the State of Illinois and insurance companies, the lifeblood of the Debtor's business.

13.     In addition, the passing of Larry Kammes in June 2016, the Debtor's long-time financial adviser, delayed the Debtor's ability to propose a plan.

## CHSWC BIOGRAPHICAL INFORMATION

14.     CHSWC is a law firm whose practice is almost exclusively concentrated in the fields of bankruptcy, insolvency and commercial matters. The firm is comprised of nine (9) attorneys, all of whom have significant experience and expertise in the law firm's area of concentration. The following is certain biographical information pertaining to Scott R. Clar, the member of the law firm who has rendered the majority of the services in the Debtor's Chapter 11 case.

## SCOTT R. CLAR

Scott R. Clar is a member of the law firm of Crane, Heyman, Simon, Welch & Clar, and has been a practicing attorney in the State of Illinois since 1982. He has been primarily responsible for the representation of the Debtor in this case. From January, 1985, through September, 1986, he was employed as a staff attorney with the United States Trustee's Office in the Northern District of Illinois, where he administered over 200 Chapter 11 cases, as well as supervised Chapter 7 panel trustees. From September, 1986, through December, 1987, he was employed by the law firm of Adelman & Gettleman, Ltd., where he continued to practice in the areas of bankruptcy and insolvency related matters. In January 1988, he became associated with Dannen, Crane, Heyman & Simon, predecessor to CHSWC, and became a partner in 1994. His practice is concentrated in the field of

bankruptcy, having represented Chapter 7 and Chapter 11 debtors, trustees, unsecured creditors' committees and individual creditors. Mr. Clar has been a panel member and a moderator for several bar association-sponsored bankruptcy seminars. He is a member of the Federal Trial Bar. He is a former Chairman of the Chicago Bar Association Committee on Bankruptcy and Reorganization.

15. The hourly rates charged by CHSWC for legal services rendered in this bankruptcy case are as follows:

| Attorney | 2016 Rate | 2017 Rate |
|---|---|---|
| Eugene Crane ("EC") | $495.00 | $510.00 |
| Arthur G. Simon("AGS") | $495.00 | $510.00 |
| David K. Welch ("DKW") | $495.00 | $510.00 |
| Scott R. Clar ("SRC") | $495.00 | $510.00 |
| Jeffrey C. Dan ("JCD") | $430.00 | $445.00 |
| Brian P. Welch ("BPW") | $310.00 | $325.00 |
| John H. Redfield ("JHR") (Of Counsel) | $395.00 | $400.00 |

These hourly rates are the customary and usual rates which CHSWC charges clients on matters of this nature.

16. The total time expended by CHSWC attorneys in connection with this Chapter 11 case during the period commencing November 10, 2016 through and including September 26, 2017 is as follows:

| Attorney | 2016 Hours | 2017 Hours | Amount |
|---|---|---|---|
| Arthur G. Simon ("AGS") | – | .8 | $   408.00 |
| Scott R. Clar ("SRC") | 2.5 | 100.6 | 52,543.50 |
| **Total** | **2.5** | **101.4** | **$52,951.50** |

### LEGAL SERVICES RENDERED

17. The legal services rendered by CHSWC, as more fully described in Exhibits A through E, have been divided into the following categories:

A.  **Administrative Matters**

CHSWC expended time in connection with the preparation of motions to employ special counsel and other administrative matters.

-4-

Total Time Expended:    **10.5 hours**

| Attorney | 2016 Hours | 2017 Hours | Amount |
|---|---|---|---|
| Scott R. Clar ("SRC") | – | 10.5 | $5,355.00 |
| **Total** | | **10.5** | **$5,355.00** |

Attached to this Motion as Exhibit "A" is an itemization of the legal services rendered in this category.

B. **Plan and Disclosure Statement**

CHSWC has provided services to the Debtor in connection with the formulation of a plan and disclosure statement and two amendments, culminating in confirmation of the Debtor's plan to be achieved on October 17, 2017.

Total Time Expended:    **53.8 hours**

| Attorney | 2016 Hours | 2017 Hours | Amount |
|---|---|---|---|
| Scott R. Clar ("SRC") | .5 | 53.3 | $27,430.00 |
| **Total** | **.5** | **53.3** | **$27,430.50** |

Attached to this Motion as Exhibit "B" is an itemization of the legal services rendered in this category.

C. **Fee Motion**

CHSWC expended time drafting, reviewing and revising this Motion.

Total Time Expended:    **4.3 hours**

| Attorney | 2016 Hours | 2017 Hours | Amount |
|---|---|---|---|
| Scott R. Clar ("SRC") | 2.0 | 2.3 | $2,163.00 |
| **Total** | **2.0** | **2.3** | **$2,163.00** |

Total Time Expended:    **4.3 hours**

Attached to this Motion as Exhibit "C" is an itemization of the legal services rendered in this category.

-5-

D. **Leases for Non-Residential Real Property**

CHSWC expended time in connection with the Debtor's leases for non-residential property, including litigation with East Park over the Debtor's Elgin location and negotiation of payment of rent at other locations.

Total Time Expended:    **32.5 hours**

| Attorney | 2016 Hours | 2017 Hours | Amount |
|---|---|---|---|
| Scott R. Clar ("SRC") | – | 32.5 | $16,575.00 |
| **Total** | | **32.5** | **$16,575.00** |

Attached to this Motion as Exhibit "D" is an itemization of the legal services rendered in this category.

E. **IRS Issues**

CHSWC expended time in connection with analyzing and objecting to the IRS's secured and unsecured claims.

Total Time Expended:    **2.8** hours

| Attorney | 2016 Hours | 2017 Hours | Amount |
|---|---|---|---|
| Arthur G. Simon ("AGS") | – | .8 | $  408.00 |
| Scott R. Clar ("SRC") | – | 2.0 | 1,020.00 |
| **Total** | – | **2.8** | **$1,428.00** |

Attached to this Motion as Exhibit "E" is an itemization of the legal services rendered in this category.

**EXPENSES INCURRED**

18.    During the course of the representation of the Debtor, CHSWC has incurred necessary expenses for which reimbursement is sought. The total amount of these expenses for the period commencing November 10, 2016 through and including September 16, 2017 is **$4,163.96**. Attached to this motion as **Exhibit F** is an itemization of the expenses incurred.

-6-

-8-

**DEBTOR'S COUNSEL**:
Scott R. Clar
(Atty. No. 06183741)
Brian P. Welch
(Atty. No. 6307292
Crane, Heyman, Simon, Welch & Clar
135 South LaSalle Street, Suite 3705
Chicago, IL 60603
312) 641-6777
W:\MJO2\NW Pediatrics\Pay CHSWC - final.mot and NOM.wpd