IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                   )
                                         )   Case No. 16-09373
Northwest Pediatric Services S.C.,       )   Chapter 11
                                         )   Judge Cox
                                         )
   Confirmed debtor.                     )

## NOTICE OF MOTION

TO:  ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that on the 10th day of April, 2018 at 9:30 a.m. or as soon thereafter as counsel can be heard, I shall appear before the Honorable Jacqueline P. Cox, Bankruptcy Judge, in the room usually occupied by her as courtroom 680 in the United States Bankruptcy Court in the Everett McKinley Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, or before any other Judge who may be sitting in her place and stead and shall present the **Motion for Entry of Final Decree and Closing Chapter 11 Case**, a copy of which is attached hereto and herewith served upon you, and shall pray for the entry of an Order in compliance therewith.

AT WHICH TIME and place you may appear if you so see fit.

/s/Scott R. Clar
Crane, Simon, Clar & Dan
135 S. LaSalle St., #3705
Chicago, IL  60603
(312) 641-6777

## CERTIFICATE OF SERVICE

The undersigned, being first duly sworn on oath deposes and states that he caused a copy of the foregoing Notice and attached Motion to be served on all the parties listed on the attached service list via the Court's Electronic Registration/Fax/First Class Mail (as indicated), properly addressed, postage pre-paid, on the 7th day of March, 2018.

/s/Scott R. Clar

## SERVICE LIST

**Court's Electronic Registration:**

United States Trustee
219 S. Dearborn
Chicago, IL 60604

John W. Guzzardo
Ira Bodenstein
Shaw Fishman Glantz & Towbin, LLC
321 N. Clark St., #800
Chicago, IL 60654

Erin Buechler
Commonwealth Edison Company
3 Lincoln Center
Oakbrook, IL 60181

R. Scott Alsterda
Nixon Peabody LLC
70 W. Madison St., #3500
Chicago, IL 60602

**Fax:**

James D. Newbold
Assistant Attorney
Gen'l Revenue Litigation Bureau
Office of the Illinois Attorney General
100 W. Randolph St., 13th Floor
Chicago, IL 60601
Fax: (312) 814-3589

Michael J. Kelly
Asst. US Atty. Illinois - Eastern Div.
Office of the U.S. Attorney
219 S. Dearborn, #500
Chicago, IL 60604
Fax: (312) 886-4073

Patrick S. Layng
United States Trustee
219 S. Dearborn
Chicago, IL 60604

Alexian Brothers Medical Center
c/o R. Scott Alsterda
Nixon Peabody LLC
70 W. Madison St., #3500
Chicago, IL 60602

Alexian Brothers Medical Center
800 Biesterfield Road
Elk Grove Village, IL 60007-3397

James D. Newbold
Gen'l Revenue Litigation Bureau
Office of the Illinois Attorney General
100 W. Randolph St., 13th Floor
Chicago, IL 60601

Illinois Department of Revenue
Bankruptcy Section
PO Box 64338
Chicago, IL 60664

Illinois Department of Revenue
100 W. Randolph St.
Legal Services M/C 7-900
Chicago, IL 60601

Internal Revenue Service
230 S. Dearborn
Attn: R. Cannon, STOP 5014-CHI
Chicago, IL 60604

Michael J. Kelly
Asst. US Atty. Illinois - Eastern Div.
Office of the U.S. Attorney
219 S. Dearborn, #500
Chicago, IL 60604

John W. Guzzardo
Ira Bodenstein
Shaw Fishman Glantz & Towbin
321 N. Clark St., #800
Chicago, IL 60654

Commonwealth Edison
Attn: Erin M. Buechler
Three Lincoln Centre, 4th Floor
Oakbrook Terrace, IL 60181-4262

Orawan Sukavachana, M.D.
Northwest Pediatric Services
c/o Kid Car Medical
373 Summit St., #101
Elgin, IL 60120

ACS Health Care Consultant
22207 S Gawain Drive
Joliet, IL 60404

ACS HealthCare Consultants
Attn: Dr. Alice Sartore
22207 S. Gawain Dr.
Joliet, IL 60404

Aduana, Venvictor G
2539 Westbrook Dr
Franklin Park, IL 60131

Alexian Brothers Medical Center
c/o Ungaretti & Harris
70 W. Madison St., #3500
Chicago, IL 60602

Alikpala MD, Charity
40 W 17th Place
Lombard, IL 60148

Alonzo, Yesenia
753 Raymond St
Elgin, IL 60120

Anwar PA-C, Farzeen
2504 Northwood Ave
Lisle, IL 60532

Arroyo, Melissa
107 Meadowdale Court
Carpentersville, IL 60110

Arroyo, Yessenia A
110 Pueblo Rd
Carpentersville, IL 60110

Ashley, Louise H
13750 Ashley Road
Minooka, Illinois 60447

Avila, Melissa D
3120 Merrywell Court
Carpentersville, IL 60110

Avila, Rosa G
2061 Greenfield Road
Hoffman Estates, IL 60169

Aye, Sabae
547 Alton Ct
Carol Stream, Illinois 60188

Baber MD, Laura
965 MillCreek Circle
Elgin, Illinois 60123-0000

Baeza Moreno, Juana
a/k/a Juana Caballero
1919 Prairie Sq. Apt. 104
Schaumburg, IL 60173

Balbarin, Corazon J
2880 Torrey Pine
Lisle, Illinois 60532

Bandoian, Gregory A
7007 N. Bradford Pl
Peoria, IL 61614

Barajas, Joanna
79 Wren Road
Carpentersville, IL 60110

Barrett PA-C, Kimberly J
97 Main
Coopersville, MI 49404

Belman, Marlet
115 W Kennedy Drive
Streamwood, IL 60107

Bojorge, Daisy
210 Waverly Ct Apt 1B
Carpentersville, IL 60110

Bonhom, Maria I
6770 Slate Dr
Carpentersville, IL 60110

Bonnie J. Bona
33 W. Monroe St., #1510
Chicago, IL 60603-5325

Bruce, Anchalee
17465 W Woodland Drive
Grayslake, IL 60030

Buchanan, Laura C
503 Plum Street
Lake in the Hills, IL 60156

Business Medical Solutions Inc.
121 S. Wilke Rd., Suite B
Arlington Heights, IL 60005

Camacho, Elena
2355 Cypress Drive
Tracy, CA 95377

Campuzano, Diana
857 N Preston Ave
Elgin, IL 60120

Canada, Maria M
2104 Morningside Ln Unit G
Carpentersville, IL 60110

Carreno, Prisma N
631 Arnold Ave
Streamwood, IL 60107

Casas, Myrna
1446 S Busse Rd 1D
Mount Prospect, IL 60056

Castillo RN, Mayra A
1014 Oakland Ave
Joliet, IL 60435

Cazares, Edlin
3723 East Ave #2
Berwyn, IL 60402

Centers for Medicare and
   Medicaid Services
233 N. Michigan Ave., #700
Chicago, IL 60601-5532

Chagolla, Maria S
110 Pueblo Rd
Carpentersville, IL 60110

Chavez, Fabiana
1334 Spring Valley Drive
Carol Stream, IL 60188

Chiemmongkoltip MD, Panita
1109 N Dryden Ave
Arlington Heights, IL 60004

Chongsuwat, Nath
1139 Sherwood Ave
Elgin, IL 60120

Chongsuwat, Tana
6171 N Sheridan Road
Chicago, IL 60660

Chongsuwat, Tara
6171 N Sheridan Rd
Chicago, IL 60660

Cimino CPNP, Marcella I
22 Country Club Drive
Bloomingdale, IL 60108

Cintora, Mayra
302 Twilight Trail
Streamwood, IL 60107

Commonwealth Edison Company
3 Lincoln Center
Attn: Bankruptcy Department
Oakbrook Terrace, IL 60181-4204

Cortes, Angelina
450 Foster Ave
Wood Dale, IL 60191

Covarrubias, Anthony
1328 S Madlock Ct
Elgin, IL 60123

Covarrubias, Janeth
1262 Brookdale Dr
Carpentersville, IL 60110

Covarrubias, Maria
254 Terry Ct
Woodstock, IL 60098

Cruz, Yadira
220 Franklin Blvd
Elgin, IL 60120

Crystal Court Shopping Center
4701 N. Cumberland Ave., #27
Harwood Heights, IL 60706

De Jesus, Judit
722 East Downer Place
Aurora, IL 60505

Denny, Stephanie J
345 Manistee Ave
Calumet City, IL 60409

Dept. of Treasury/IRS
Assoc. Area Counsel, SB/SE
200 W. Adams, #2300
Chicago, IL 60606

Department of the Treasury
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Diaz, Vanessa
306 Fulton St
Elgin, IL 60120

Donorio RN, Melissa A
12408 W 105th Circle
Saint John, IN 46373

Dracopoulos PA-C, Henna
26 W 118 Waterbury Court
Wheaton, IL 60187

Duarte, Lizbeth
754 N Commonwealth Ave
Aurora, IL 60506

East Park Professional Centre LLC
450 Dundee, #104
Elgin, IL 60120

Egland MD, Kristi N
2223 Shetland Road
Inverness, IL 60010

EMR and ITS Records, Ltd.
121 S. Wilke Rd., Suite C
Arlington Heights, IL 60005

Estrada, Anabely R
2151 Morningside H
Carpentersville, IL 60110

Estrada-Rico, Olga L
2151 Morningside Lane
Carpentersville, IL 60110

Figueroa, Irma I
1360 Corely Court
Elgin, IL 60120

Ford, Krishandra R
22 W 60th Street
Westmont, IL 60559

Fornaro Law
Attn: Philip M. Fornaro
1022 S. LaGrange Rd.
La Grange, IL 60525

Franco, Sandra
500 Prospect Blvd
Elgin, IL 60120

Froehlke RN, Sandra J
403 Apache Drive
New Lenox, IL 60451

Gaitan, Yudit
14 Robin Rd
Carpentersville, IL 60110

Galvan, Tania
PO Box 156
Elgin, IL 60121

Galvan, Victoria Y
623 Cookane Ave
Elgin, IL 60120

Galvez, Laura E
1917 Poplar Ave
Hanover Park, IL 60133

Gamboa, Reveca
1318 Warren Ave.
Belvidere, IL 61008

Gamboa, Vanesa
1 Wedgewood Circle
Lake in the Hills, IL 60156

Garcia, Bionca M
1415 Abbott Drive
Elgin, IL 60120

Garcia, Eduardo L
480 Alcoa Lane
Hoffman Estates, IL 60169

Garcia-Olivera, Rosaura
641 Jefferson Ave
Carpentersville, IL 60110

Gasca, Tania
260 Percy Street
Elgin, IL 60120

Gewolb, Sriporn
1613 Longmeadow Drive
Glenview, IL 60026

Gudino, Roxana C
1452 Fremont Drive
Hanover Park, IL 60133

Gupta, Anu
6436 W 41st St
Stickney, IL 60402

Gutierrez, Christian Y
59 Devonshire Cir.
Elgin, IL 60123

Gutierrez, Laura
59 Devonshire Cir.
Elgin, iL 60123

Gutierrez-Franco, Walter
59 Devonshire Cir
Elgin, IL 60123

Guzman, Marlene
1230 Amanda Circle
Elgin, IL 60123

Hanover Square LLC
Attn: Jenn Mathis
Entre Commercial Realty LLC
1930 Thoreau Dr., #181
Schaumburg, IL 60173

Hernandez, Irma J
1938 Oak Park Ave
Berwyn, IL 60402

Sarah Verbeek
13924 N. Annapolis Ct.
Cedar Lake, IN 46303-7805

Hunter, Gail R
318 Paine Street
South Elgin, IL 60177

Illinois Department of Revenue
Bankruptcy Section
PO Box 64338
Chicago, IL 60664

Illinois Department of Revenue
100 W. Randolph St.
Legal Services M/C 7-900
Chicago, IL 60601

Imperial Realtly
4747 W. Peterson
Chicago, IL 60646

Integrated Commercialization
  Solutions, Inc.
345 International Blvd., #400B
Hinsdale, IL 60521

Internal Revenue Service
Mail Stop 2010 CHI
230 S. Dearborn
Chicago, IL 60604

Internal Revenue Service
Centralized Insolvency
Operations PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101

Jodrey CPNP, Lydia E
5432 W. Leland Ave.
Chicago, IL 60630

Johnson, Cierra D
455 Minnesota Circle
Carol Stream, IL 60188

Johnson, Jeffrey B
1905 Fairway Ct
Hoffman Estates, IL 60169

JSQ Centerwest LLC
One Oakbrook Terrace
Suite 400
Oakbrook Terrace, IL 60181

Kaye, Margarita A
3113 Michaelwood Drive
Brownsville, TX 78526

Lagunas, Yvette
812 Demmond Street
Elgin, IL 60123

Lembke PA-C, Merideth L
3435 Oak Ave
Brookfield, IL 60513

Lopez, Beatrice
613 Westwind Dr
Carpentersville, IL 60110

Lopez, Juanita
1001 Byron St.
Elgin, IL 60120

Macias, Angela
1020 Kane St Apt
South Elgin, IL 60177

Maldonado, Maria P
707 W. Emerald Drive
Pharr, TX 78577

Mangahas, Susan A
3023 Highland Road
Northbrook, IL 60062

Marquez, Enika F
851 Joyce Lane
Elgin, IL 60120

Martinez, Palmira
685 Page Ave
Elgin, IL 60120

| | | |
|---|---|---|
| Mathis RN, Carol A<br>2002 Princess Court<br>Lockport, IL 60441 | McKesson Corporation<br>Melyssa Save<br>4345 Southpoint Blvd.<br>Jacksonville, FL 32216-6166 | McKesson Medical-Surgical<br>Attn: Jeffrey Tledens<br>8121 10th Ave. North<br>Golden Vallely, MN 55427-4401 |
| McNamara, Patricia A<br>37 Park Dr. S<br>Yorkville, IL 60560 | McNamara, Patricia A.<br>1324 Giese Road<br>Batavia, IL 60510-3365 | Medical Support Solutions Inc.<br>121 S. Wilke Rd., Suite A<br>Arlington Heights, IL 60005 |
| Mendoza, Maria<br>938 Seminole Drive<br>Elgin, IL 60120 | Mendoza, Nayeli<br>1373 Blackhawk Drive<br>Elgin, IL 60120 | Midwest Computing Group Inc<br>5 Terry Drive<br>Roselle, IL 60172 |
| Monroy, Erica<br>20 Hickory Dr<br>Carpentersville, IL 60110 | Mora, Maria G<br>132 Pecos Circle<br>Carpentersville, IL 60110 | Mora, Valeria M<br>9N 998 Water Road<br>Elgin, IL 60124 |
| Morales, Belinda<br>35 Devonshire Circle<br>Elgin, IL 60123 | Muniz, Alexandra Y<br>5737 W Grover Street<br>Chicago, IL 60630 | Nateras, Bertha<br>26 Geneva Ave.<br>Belwood, IL 60104 |
| Nava, Andrea<br>452 S State St<br>Elgin, IL 60123 | Nava, Nallely<br>436 Evergreen Cir<br>Gilberts, IL 60136 | Navarrete, Liliana<br>54 Wren Road<br>Carpentersville, IL 60110 |
| Newcomb, Erin E<br>1108 Jerald Dr<br>Joliet, IL 60431 | Nora, Ernest<br>9434 Ridgeway<br>Evanston, IL 60203 | Nunez, Lisette<br>111 David Drive<br>Streamwood, IL 60107 |
| Nunez, Pamela M<br>4262 Oak Knoll Ln<br>Hoffman Estates, IL 60192 | O'Brien, Carmen<br>5 Terry Drive, Unit A<br>Roselle, IL 60712 | Ochoa, Ana<br>374 Ann Street<br>Elgin, IL 60120 |
| Olalde, Lilia<br>1185 Darby Lane<br>Roselle, IL 60172 | Onate, Veronica<br>3712 S Winchester<br>Chicago, IL 60609 | Pabst RN, Lucrecia C<br>78 Naples Drive<br>Wauconda, IL 60084 |
| Palafox, Rosa M<br>23 Ascot Lane<br>Streamwood, IL 60107 | Paragard Direct<br>12601 Collection Center Drive<br>Chicago, IL 60693-6008 | Perez, Glenda F<br>927 Jungles Ave<br>Aurora, IL 60505 |

Perez, Yesenia
1734 Plum St
Aurora, IL 60506

Pineda, Adriana
120 S Alfred Ave
Elgin, IL 60123

Poontong, Laddawan
423 Center St
Elgin, IL 60120

Poontong, Maneerat
516 Elm Ridge Rd Apt 1B
Carpentersville, IL 60110

Portela MD, Paola
3812 N Pioneer Ave
Chicago, IL 60634

Querrey & Harrow Ltd.
Attn: David Flynn
175 W. Jackson Blvd.., #1600
Chicago, IL 60614

Quinones, Michelle
451 N Aldine Ave
Elgin, IL 60123

Ramirez, Lurdes
500 Prospect
Elgin, IL 60120

Ramirez-Lopez, Allen R
7419 Nantucket Cove
Hanover Park, IL 60133

Reddy MD, Rakhal
647 Metropolitan Way
Des Plaines, IL 60016

Reyes Oregon, Helen
4 Thrush Rd
Carpentersville, IL 60110

Rodriguez, Ana M
4023 Hearthside Dr
Wilmington, NC 28412

Rodriguez, Leticia P
1301 Branden Lane
Bartlett, IL 60103

Rodriguez, Veronica
1301 Branden Lane
Bartlett, IL 60103

Rodriguez, Victoria
4552 N Harding Ave
Chicago, IL 60625

Rudraraju MD, Ajay V
2213 Seaver Lane
Hoffman Estates, IL 60169

Rudraraju, Annapurna
1786 Pebble Beach Dr
Hoffman Estates, IL 60169

Sanchez, Aracely G
76 Robin Rd
Carpentersville, IL 60110

Sanchez, Martha D
627 W Sable Ave
Addison, IL 60101

Schaar, Gwen
20 Echo Hill
Lake in the Hills, IL 60156

Serrato, Elsa M
1118 N Boxwood
Mount Prospect, IL 60056

Seven Hill Properties
977 N. Oaklawn, #102
Elmhurst, IL 60126

Sevilla, Laura S
633 Dean Drive
South Elgin, IL 60177

Shannon, James P
7632 Butternut Court
Woodridge, IL 60517

Shaw PA-C, Emily N
9 N Daniels Drive
Batavia, IL 60510

Shek, Yuhang
PO Box 2846
Aurora, IL 60507

Solorzano, Maria
1425 Fremont Drive
Hanover Park, IL 60133

Soto, Filiberta
1885 Monday Dr.
Elgin, IL 60123-1270

Soto, Maria
1131 Fairwood Drive
Elgin, IL 60123

Soto, Sandra
558 McClure Ave
Elgin, IL 60123

Stephanie J. Denny
345 Manistee Avenue
Calumet City, IL 60409-1910

Syed, Nausheen K
5408 Silk Oak Dr
Naperville, IL 60564

Tandez MD, Cornelia V
8248 Ballard Rd
Niles, IL 60714

TheraCom
9717 Key West Ave.
Rockville, MD 20850-3982

Tinajero, Maria A
22 Sparrow Road
Carpentersville, IL 60110

TNT Facilities Inc.
1080 Clover Hill Ct.
Elgin, IL 60120

Torres, Keisha
3530 N Lowell Ave
Chicago, IL 60641

Torres, Maria R
389 North Crystar Ave
Elgin, IL 60123

Jing Zhang
Office of the Solicitor
U.S. Dept. of Labor
230 S. Dearborn St., Room 844
Chicago, IL 60604-1779

US DOL for Northwest
  Pediatric Services 401
230 S. Dearborn, #2160
Chicago, IL 60604-2331

Vargas, Tanya R
668 Lillie Street
Elgin, IL 60120

Vargas, Yesenia
868 Suzanne Ln
Elgin, IL 60120

Vazquez, Anna J
3424 Beach Ave
Chicago, IL 60651

Velazquez, Coraima
915 Saint John Street
Elgin, IL 60120

Vivanco, Adriana
335 Corrine Ave
Crystal Lake, IL 60014

Vivanco, Erica
335 Corrine Ave
Crystal Lake, IL 60014

Walji MD, Aijaz H
1795 Nicholson Dr
Hoffman Estates, IL 60192

Weisberg Appleson MD,
Charlene
9136 Crawford
Skokie, IL 60076

Weston, Amanda N
13316 Shadetree Court
San Diego, CA 92131

Whelan CPNP, Jill M
721 W. Lake St., #202
Addison, IL 60101

Wodka, Julie D
2606 Colewood Lane
Dover, FL 33527

Young, Jason D
202 Nashua Street
Park Forest, IL 60466

Young, Stephan W
5901 N Magnolia Ave Apt 2F
Chicago, IL 60660

Zamora-Corral, Ana L
749 E Benton Street
Aurora, IL 60505

Zavala, Verenice
816 Ollie CT, Apt. 3D
Carpentersville, IL 60110

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 16-09373 |
| Northwest Pediatric Services S.C., ) | Chapter 11 |
| ) | Judge Cox |
| Confirmed debtor. ) | |

## MOTION FOR FINAL DECREE AND FOR CLOSING CHAPTER 11 CASE

Northwest Pediatric Services S.C., D/B/A Kid Care Medical S.C., an Illinois corporation, confirmed Debtor herein, and in support of its Motion for Entry of Final Decree and for Closing Chapter 11 Case pursuant to Rule 3022 of the Federal Rules of Bankruptcy Procedure, respectfully states as follows:

### Introduction and Relevant Facts

1. On March 18, 2016, the Debtor filed its voluntary petition for relief under Chapter 11 of the Bankruptcy Code ("Petition Date").

2. The Debtor operated its business and managed its financial affairs as debtor-in-possession until October 17, 2017 when the Debtor's Third Plan of Reorganization ("Plan") was confirmed. No trustee, examiner or committee of unsecured creditors was appointed in the Debtor's Chapter 11 case.

### Background

3. The Debtor is an Illinois corporation that operates eight (8) pediatric care facilities throughout the greater Chicago area. The Debtor employs approximately thirty-six (36) people.

4.   The Debtor serves economically challenged communities and derives 75% of its revenue from private insurance companies and direct pay. Twenty-five percent (25%) is paid by the Illinois Department of Healthcare and Family Services ("HFS").

5.   This Court has jurisdiction over this matter pursuant to 28 U.S.C. Sections 157 and 1334.

6.   The statutory predicate for the relief requested in this Motion is Section 3022 of the Federal Rules of Bankruptcy Procedure.

**Relief Requested**

7.   The Debtor's Plan has been substantially consummated within the meaning of Section 1101(2) of the Bankruptcy Code. Creditors have been paid the first of 24 distributions under the Plan. A list of distributions made by the Debtor under the Plan is attached hereto as **Exhibit A**.

8.   The Debtor respectfully requests the entry of a Final Decree pursuant to Rule 3022 of the Federal Rules of Bankruptcy Procedure.

WHEREFORE, NORTHWEST PEDIATRIC SERVICES, S.C. Confirmed Debtor herein, prays for the entry of a Final Decree closing this Chapter 11 case and for such other relief as may be just and appropriate.

Respectfully submitted,
NORTHWEST PEDIATRIC SERVICES, S.C.

By:  /s/Scott R. Clar
     One of its attorneys

**DEBTOR'S COUNSEL**:
Scott R. Clar (Atty. No. 06183741)
Crane, Simon, Clar & Dan
135 S. LaSalle, #3705
Chicago, IL 60603
(312) 641-6777
\NW Pediatric\Final Decree.mot and NOM