UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: ) | BK No.: | 16-9373 |
| NORTHWEST PEDIATRIC SERVICES S. ) | | |
| C. ) | Chapter: | 11 |
| ) | Honorable Jacqueline Cox | |
| ) | | |
| Debtor(s) ) | | |

## FINAL DECREE

THIS MATTER COMING TO BE HEARD upon the motion of NORTHWEST PEDIATRIC SERVICES S.C. ("Debtor"), Confirmed Debtor herein, for Entry of Final Decree, the Court having entered an Order Confirming the Debtor's Third Amended Plan of Reorganization on October 17, 2017, notice of said Motion having been given, no objections to said Motion having been filed or otherwise presented, and the Court being fully advised in the premises:

THE COURT HEREBY FINDS that the Third Amended Plan of Reorganization has been substantially consummated; and accordingly,

IT IS FURTHER ORDERED that the Debtor is discharged and the Chapter 11 case is closed.

Enter: *Jacqueline P. Cox*
J. Cox

Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated: APR 18 2018

**Prepared by:**
Debtor's Counsel:
Scott R. Clar
(Atty. No. 06183741)
Crane, Simon, Clar & Dan
135 S. LaSalle, #3705
Chicago, IL 60603
(312) 641-6777

Rev: 20170105_bko